**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALDON BARKER,** | : | **CIVIL ACTION NO. 1:15-CV-574** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 16th day of August, 2016, upon consideration of the report (Doc. 17) of Chief Magistrate Judge Martin C. Carlson, recommending the court deny the appeal of Aldon Barker ("Barker") from the decision of the administrative law judge denying his claims for disability insurance benefits and supplemental security income, and it appearing that Barker did not object to the report, <u>see</u> FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," <u>Nara v. Frank</u>, 488 F.3d 187, 194 (3d Cir. 2007) (citing <u>Henderson v. Carlson</u>, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," <u>Henderson</u>, 812 F.2d at 878; <u>see</u> <u>also</u> <u>Taylor v. Comm'r of Soc. Sec.</u>, 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing <u>Univac Dental Co. v. Dentsply Int'l, Inc.</u>, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and,

following an independent review of the record, the court in agreement with Judge

Carlson's recommendation, and concluding that there is no clear error on the face of

the record, it is hereby ORDERED that:

1. The report (Doc. 17) of Chief Magistrate Judge Carlson is ADOPTED.

2. The decision of the Commissioner of Social Security ("Commissioner")
   denying the application for supplemental security income and disability
   insurance benefits of Aldon Barker ("Barker") is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner
   and against Barker as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania